IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| Mary Louise Williams King, Individually, As Representative of the Estate of Mambrye Vallejo-King, And as Next Friend of A.R.V., A.V., and F.L.V., And Michael Raymond King, Individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>CIRCLE B HAY, LLC and BRANT JOHNSON,<br><br>*Defendants.* | § § § § § § § § § § § § § § § | NO. 2:18-cv-00015-J |

### ORDER OF DISMISSAL

On February 1, 2018, Plaintiffs filed a Notice of Dismissal, voluntarily dismissing all claims in controversy under Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the claims in this case between Plaintiffs and Defendants are DISMISSED WITHOUT PREJUDICE, each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Signed this ___1st___ day of February, 2018.

_____
MARY LOU ROBINSON
SENIOR UNITED STATES DISTRICT JUDGE